No. 10-7898. Vincent Basciano, Petitioner v. United States.

562 U.S. 1190, 131 S. Ct. 1025, 178 L. Ed. 2d 848, 2011 U.S. LEXIS 842.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 384 Fed. Appx. 28.

No. 10-7899. Ahmad Bishawi, Petitioner v. United States.

562 U.S. 1190, 131 S. Ct. 1025, 178 L. Ed. 2d 848, 2011 U.S. LEXIS 875.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-7901. Emanuel Randall, Petitioner v. Louisiana.

562 U.S. 1190, 131 S. Ct. 1025, 178 L. Ed. 2d 848, 2011 U.S. LEXIS 642.

January 18, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Second Circuit, denied.

Same case below, 25 So. 3d 1035.

No. 10-7903. Jamelle Carraway, Petitioner v. United States.

562 U.S. 1190, 131 S. Ct. 1025, 178 L. Ed. 2d 848, 2011 U.S. LEXIS 695.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 612 F.3d 642.

No. 10-7910. Micha Terragna, Petitioner v. United States.

562 U.S. 1191, 131 S. Ct. 1025, 178 L. Ed. 2d 848, 2011 U.S. LEXIS 635.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 631.

No. 10-7914. Raymond Mainor, Petitioner v. United States.

562 U.S. 1191, 131 S. Ct. 1026, 178 L. Ed. 2d 848, 2011 U.S. LEXIS 678.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 393 Fed. Appx. 10.

No. 10-7915. Gary Lee Myers, Petitioner v. United States.

562 U.S. 1191, 131 S. Ct. 1026, 178 L. Ed. 2d 848, 2011 U.S. LEXIS 638.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 364 Fed. Appx. 769.